AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     Kansas

UNITED STATES OF AMERICA

V.

MICHAEL MAGGARD

**WARRANT FOR ARREST**

Case Number: 18-40044-04-DDC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MICHAEL MAGGARD
                                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with    (brief description of offense)

Ct 1 - 21 USC 846 - Controlled Substance Conspiracy

UNITED STATES MARSHAL RECEIVED
2018 APR -4 PM 1:27
TOPEKA, KS

☒ in violation of Title   21   United States Code, Section(s)   846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY M. O'BRIEN | _[signature]_, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | April 4, 2018     at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

23rd & Hudson, Topeka, KS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04-04-18 | SA J. Olberding | _[signature]_ |
| DATE OF ARREST | | |
| 04-09-18 | | |