IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL MAGGARD,<br><br>　　　Defendant. | Case No. 5:18-cr-40044-HLT-4 |

**ORDER**

　　　Defendant Michael Maggard moves for early termination of supervised release. Doc. 187. Neither the government nor the United States Probation Office oppose the motion. The Court carefully reviewed the record and remembers this case. Maggard pleaded guilty to conspiracy to possess with the intent to distribute methamphetamine, and this Court gave him a below-guideline sentence of 42 months followed by three-year term of supervised release. Doc. 168. The Bureau of Prisons allowed Maggard to complete the final six months of his custodial term on Federal Location Monitoring. He successfully completed that six-month term. Maggard then started his supervised release term in May 2021. He is about 18 months into his supervised-release term.

　　　Maggard has done well on supervised release. He is in good standing with the Probation Office. He has maintained employment for over one year at Wright's Tree Service, has had no instances of violation conduct, and has stable housing. He seeks early termination so that he can travel and freely visit family members. The record indicates that Maggard learned from his mistake and shown a willingness and ability to remain a valuable and law-abiding member of the community.

　　　The Court carefully reviewed the record and commends Maggard's performance on supervised release. The Court concludes that early termination is in the interest of justice and that

the other factors are satisfied. Thus, the Court grants the motion after considering the applicable 18 U.S.C. § 3553 factors and the Guide to Judiciary Policy.

THE COURT THEREFORE ORDERS that the motion (Doc. 187) is GRANTED. Under 18 U.S.C. § 3583(e)(1), the Court discharges Defendant Michael Maggard from supervised release.

IT IS SO ORDERED.

Dated: December 20, 2022                    /s/ *Holly L. Teeter*
                                            HOLLY L. TEETER
                                            UNITED STATES DISTRICT JUDGE